```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                JUDGE RAMOS        ORIGINAL
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :
                                     :    INDICTMENT
          - v. -                     :
                                     :    18 Cr. _____
ROBERT PENA,                         :
     a/k/a "Chapi,"                  :    18 CRIM 844
JOSE MARTINEZ-RENTAS,                :
     a/k/a "El Bori,"                :
NELSON ALMANZAR,                     :
     a/k/a "Hormiga, and             :
ANDRES MARTINEZ-RENTAS,              :
                                     :
                         Defendants  :
                                     :
- - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 2 0 2018

## COUNT ONE

(Conspiracy To Commit Hobbs Act Robbery)

The Grand Jury charges:

1. From in or about June 2018 to in or about July 2018, in the Southern District of New York and elsewhere, ROBERT PENA, a/k/a "Chapi," JOSE MARTINEZ-RENTAS, a/k/a "El Bori," NELSON ALMANZAR, a/k/a "Hormiga," and ANDRES MARTINEZ-RENTAS, the defendants, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, PENA, JOSE MARTINEZ-RENTAS, ALMANZAR, and ANDRES

MARTINEZ-RENTAS, conspired to commit an armed robbery of individuals believed to be engaged in narcotics trafficking in the Bronx, New York.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

### (Attempted Hobbs Act Robbery)

The Grand Jury further charges:

2. On or about July 25, 2018, in the Southern District of New York and elsewhere, ROBERT PENA, a/k/a "Chapi," JOSE MARTINEZ-RENTAS, a/k/a "El Bori," NELSON ALMANZAR, a/k/a "Hormiga," and ANDRES MARTINEZ-RENTAS, the defendants, unlawfully and knowingly did attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and aided and abetted the same, to wit, PENA, JOSE MARTINEZ-RENTAS, ALMANZAR, and ANDRES MARTINEZ-RENTAS attempted to commit an armed robbery of individuals believed to be engaged in narcotics trafficking in the Bronx, New York and aided and abetted the same.

(Title 18, United States Code, Sections 1951 and 2.)

**COUNT THREE**

**(Use, Carrying, and Possession of a Firearm)**

The Grand Jury further charges:

3. On or about July 25, 2018, in the Southern District of New York and elsewhere, ROBERT PENA, a/k/a "Chapi," JOSE MARTINEZ-RENTAS, a/k/a "El Bori," NELSON ALMANZAR, a/k/a "Hormiga," and ANDRES MARTINEZ-RENTAS, the defendants, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the attempted robbery charged in Count Two of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT PENA, a/k/a "Chapi," JOSE MARTINEZ-RENTAS, a/k/a "El Bori," NELSON ALMANZAR, a/k/a "Hormiga," and ANDRES MARTINEZ-RENTAS,

Defendants.

### INDICTMENT

18 Cr. _____

(Title 18, United States Code, Sections 2, 1951, and 924(c)(1)(A)(i)).

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.

11/20/18 - Filed Indictment
ac            Case assigned to J Ramos
                                J Pitman
                                USMJ