USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/13/2020

**ARNOLD J. LEVINE**
ATTORNEY-AT-LAW

120-46 QUEENS BOULEVARD,. 2nd FLOOR
KEW GARDENS, NY 11415
Telephone: (917) 951-9626
Facsimile: (866) 611-5708
E-mail: NYCcrimlaw@aol.com

**MEMO ENDORSED**

February 12, 2020

> Sentencing is adjourned to April 3, 2020, at 10:00 AM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 2/13/2020
> New York, New York

**BY ECF**
Judge Edgardo Ramos
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 619
New York, NY 10007

Re: U.S. v. Pena, et al. 18 Cr 844 (ER)

Judge Ramos:

     I am the attorney of record for Robert Pena, a defendant in the above-referenced matter pending before your Honor. Mr. Pena is scheduled to be sentenced before Your Honor on February 19, 2020. I am requesting that Mr. Pena's sentencing be adjourned to a date in late March. I was on trial for three months in state court in a high profile murder case, which ended in mid-January. I am still catching up on my other cases, which in Mr. Pena's case is made more difficult by the fact that, last I heard, he has been transferred from MCC in lower Manhattan to the Westchester County Jail in Valhalla. The Government has advised me that it has no objection to this request.

                                                    Sincerely,

                                                    /s/ Arnold J. Levine
                                                    Arnold J. Levine
                                                    *Attorney for Robert Pena*

c: A.U.S.A.s Frank Balsamello, Sarah Krissoff, and Abigail Kurland by ECF