# ARNOLD J. LEVINE
ATTORNEY-AT-LAW

111 LIVINGSTON STREET, 11TH FLOOR
BROOKLYN, NY 11201
Telephone:  (917) 951-9626
E-mail: NYCcrimlaw@aol.com

April 10, 2020

**BY ECF**
Judge Edgardo Ramos
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 619
New York, NY 10007

**MEMO ENDORSED**

Re: U.S. v. Pena, et al. 18 Cr 844 (ER)

Judge Ramos:

     I am the attorney of record for Robert Pena, a defendant in the above-referenced matter pending before your Honor.  Mr. Pena is scheduled to be sentenced before Your Honor on April 15, 2020.  I am requesting that Mr. Pena's sentencing be adjourned.  Due to the Coronavirus and the defendant having been transferred to a non-BOP facility, it has been difficult to meet, even electronically, with the defendant.  I have been unable, therefore, to complete my sentencing submission.   The Government has advised me that it has no objection to this request.

Sincerely,

 /s/ Arnold J. Levine
Arnold J. Levine
*Attorney for Robert Pena*

c: A.U.S.A.s Frank Balsamello, Sarah Krissoff, and Abigail Kurland by ECF

---

Sentencing is adjourned to July 1, 2020 at 11:00 AM.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   6/9/2020
New York, New York