# EMERGENCY MOTION FOR THE APPOINTMENT OF COUNSEL

**May 27, 2021**

**MEMO ENDORSED**

**The Honorable Edgardo Ramos**
**United States District Judge**
**United States District Court**
**Southern District of New York**
**300 Quarropas Street**
**White Plains, New York 10601**

The application is _X_ granted
_____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: _____
New York, New York

Re: *United States v. Robert A. Pena, Docket No. 18 Cr. 844 (ER)*

Dear Judge Ramos:

Defendant respectfully <u>requests the Court promptly appoint, on an emergency basis, CJA counsel</u> to assist Defendant with obtaining his immediate release and any effort to seek those accountable for his present and continued unlawful detention civilly liable.

Defendant was sentenced to 40 months imprisonment on or about July 28, 2020. No written judgment was issued until Defendant requested that such be done nearly six months later. The delay in issuing the judgment prevented Defendant from being transferred to a Bureau of Prisons facility, and has ultimately resulted in the delay of his release and his current unlawful and unauthorized detention. By operation of 18 U.S.C. 3624(c), Defendant should have been released no later than May 25, 2021. This was brought to the attention of the Court, Government and U.S. Marshals on May 26, 2021, to no avail – although an individual who answered the telephone at the S.D.N.Y. U.S. Marshal's service acknowledge that the sentence imposed should be completely satisfied.

Defendant remains detained at the Orange County Jail, in Goshen, New York, as a U.S. Marshals' prisoner. His continued confinement amounts to unlawful imprisonment, for which the United States has waived immunity from suit.

WHEREFORE Defendant prays that the Court will promptly appoint counsel.

Respectfully submitted,

*Robert A. Pena*

_____

**ROBERT A. PENA**
**REGISTER NO. 85977-054**
**ORANGE COUNTY JAIL**
**110 WELLS FARM ROAD**
**GOSHEN, NEW YORK 10924**

**cc: Sarah Krisoff, AUSA**
    **Frank Balsamello, AUSA**